In the Matter of ANTHONY G. VELTRI, Respondent, v. COMMISSIONERS OF THE BOARD OF ELECTIONS OF NASSAU COUNTY, Respondents, and ISRAEL MELMAN et al., Appellants.—

No opinion. Nolan, P. J., Beldock, Ughetta and Pette, JJ., concur; Kleinfeld, J., dissents and votes to reverse the order and to dismiss the proceeding, being of the opinion that the designating petition substantially complies with the provisions of section 135 of the Election Law.

## THIRD DEPARTMENT, AUGUST, 1961

### (August 1, 1961)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE JONES, Appellant, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.